UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, CARPENTERS UNION NO. 213, ET AL., v. CARPENTERS AND JOINERS UNION OF TEXAS.

Application No. 23227. Decided October 19, 1938.
(120 S. W., 2d Series, 248.)

*Sewall Meyer*, of Houston, for plaintiff in error.

PER CURIAM.

The application for writ of error prosecuted herein by the United Brotherhood of Carpenters and Joiners of America, Carpenters Union No. 213, et al., Plaintiffs in Error, is Dismissed, W. O. J.

This Court expresses no opinion as to the merits of this case on final trial for permanent injunction. We are simply of the opinion that the trial court did not err in refusing a temporary injunction.

Opinion delivered October 19, 1938.